UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA KRADIN,<br><br>    Plaintiff,<br><br>    v.<br><br>VOLVO CAR USA, LLC, et al.,<br><br>    Defendants. | Case No. 23-cv-04898-TSH<br><br>**ORDER TO SHOW CAUSE** |

Neither party has made any appearance since Defendant Volvo Car USA, LLC removed this matter to this Court on September 25, 2024. The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-33 (1962). Accordingly, the Court **ORDERS** Plaintiff Amanda Kradin to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by February 1, 2024. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on February 15, 2024 at 10:00 a.m. in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

<u>Notice is hereby provided that failure to file a written response will be deemed an admission that you do not intend to prosecute, and this case will likely be dismissed</u>. Thus, it is imperative the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: January 19, 2024

THOMAS S. HIXSON
United States Magistrate Judge